UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEX MARGURITE,<br><br>　　　　Defendant. | CASE NO. MJ 16-402<br><br>(D. Utah No. 2:16mj 481 BCW)<br><br>DETENTION ORDER |

Offenses Charged: Production of Child Pornography

Procedural History and Status

Defendant was charged by complaint in the District of Utah, and arrested in this district. At this detention hearing, he waived his rights to a probable cause hearing on the Complaint, and to an identity hearing; and indicated he did not wish to consider a transfer of the case to this district under Rule 20.  The court therefore entered an Order of Transfer, sending the case and defendant to the District of Utah for further proceedings.

Date of Detention Hearing:    September 23, 2016.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth,

DETENTION ORDER
PAGE -1

finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant stipulated to the entry of an order of detention in this district, but reserved his right to request a detention hearing when he appears in the District of Utah.

(2) The nature of the offense charged in this case creates a presumption that defendant will be detained. Nothing in this record rebuts that presumption in any way.

(3) Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer. The court therefore has virtually no information which would provide any basis for his release on conditions.

(4) Defendant was arrested at a residence in this district, and it appeared to be his residence. But his identification suggested that he resides in Colorado. There is no indication that he has any ties whatever to Utah, where the case is pending and where he will be required to make his further appearances.

(5) The complaint indicates there were multiple firearms and children at defendant's residence. It also indicates defendant told officers he has an addiction to child pornography and wants help.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

DETENTION ORDER
PAGE -2

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this <u>23rd</u> day of September, 2016.

                                           _s/ John L. Weinberg_
                                           United States Magistrate Judge